UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.: 6129

CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARLENE CARRINGTON,

    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes  ✓ No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

          BY:  MARY F. DOOLEY
                ASSISTANT U.S. ATTORNEY
                99 N.E. 4TH STREET
                Suite 300
                Miami, FL 33132
                Tel No. (305) 961-9376
                Fax No. (305) 530-7195
                Bar No. A5500282

DATED  1/26/00