AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

*United States of America*

**99 NE 4TH STREET**
**3RD FLOOR**
**MIAMI, FL 33132-2111**

Case Number: 00-6129 CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

v.

**DARLENE CARRINGTON**
**1440 NW 22ND ST., APT. 11**
**NORTH LAUDERDALE, FL 33311**

**TO:** *(Name and Address of Defendant)*

    **DARLENE CARRINGTON**
    **1440 NW 22ND ST., APT. 11**
    **NORTH LAUDERDALE, FL 33311**

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

    *Mary F. Dooley*
    *Assistant United States Attorney*
    **99 NE 4TH STREET**
    **3RD FLOOR**
    **MIAMI, FL 33132-2111**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

*Clarence Maddox* CLERK      JAN 2 7 2000      DATE

*(signature) Graciela J. Gomez*
(BY) DEPUTY CLERK