UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6129-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DARLENE CARRINGTON,

                Defendant,

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause with prejudice as to the defendant, Darlene Carrington, pursuant to Federal Rule of Civil Procedure 41 (a)(1).

                Respectfully submitted,

                THOMAS E. SCOTT
                UNITED STATES ATTORNEY

BY:  MARY F. DOOLEY
      ASSISTANT U.S. ATTORNEY
      Bar No. A5500282
      99 N.E. 4TH STREET, Suite 300
      Miami, FL 33132
      Tel No. (305) 961-9376
      Fax No. (305) 530-7195

DATED 3/22/00