UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6129-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARLENE CARRINGTON,

    Defendant.
_____/



FILED by ___ D.C.
MAR 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's, United States of America Notice of Voluntary Dismissal Without Prejudice, filed herein on March 24, 2000. The Court has carefully reviewed the Notice of Dismissal, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal Without Prejudice, filed herein by the Plaintiff, is hereby approved by the Court. The Court notes that in the body of the Notice, Plaintiff seeks dismissal with prejudice, contradicting the heading. Therefore, Plaintiff is to file a corrected Notice with the Court by April 7, 2000. The Court will dismiss this cause without prejudice, and reserves the right to dismiss the cause with prejudice;

2. The above-styled action is hereby **DISMISSED** without prejudice;

3. The Clerk of This Court is directed to deny all pending motions as moot; and

1



4. This case is closed.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 24 day of ~~February~~ March, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Mary F. Dooley, AUSA