# RETURN OF SERVICE

Case No: 00-6129 CIV DIMITROULEAS

| TO BE SERVED | COURT |
|---|---|
| DARLENE CARRINGTON<br>2411 N.W. 28TH AVE FT. LAUDERDALE, FL. 33311 | IN THE SUPREME COURT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>DARLENE CARRINGTON | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:     Court Time:<br>Witness Fee:  $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 03/10/00 at 3:23 PM and it was not served.

DARLENE CARRINGTON
2X 4087 NW 19 ST, FT LAUD

**NO SERVICE: ( )**
For the reason that diligent search and inquiry failed to find said DARLENE CARRINGTON in DADE COUNTY, FLORIDA

**OTHER RETURNS:**
4087 N.W. 19TH STREET
FT. LAUDERDALE, FL.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true. That I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2)

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C. and section 520 Et. Seq.

The foregoing instrument was acknowledged before me this 08 day of May, 2000 BY DANIEL ACKERMAN, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

PROCESS SERVER: DANIEL ACKERMAN (31)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00758645-001

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK/CCN

AO 88 (Rev. 11/95) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

**DARLENE CARRINGTON**
~~1400 NW 22ND ST., APT. 41~~
~~NORTH LAUDERDALE, FL 33319~~

Case Number:

**CIV - DIMITROULEAS**

MAGISTRATE JUDGE
JOHNSON

TO: (Name and Address of Defendant)

**DARLENE CARRINGTON**

PLEASE SERVE AT

2411 NW 28TH AVE.
FORT LAUDERDALE FL ~~33311~~

(2x) 4087 NW 19TH ST.
Ft. Laud.

tiff's Attorney

20 days after service of this
, judgment by default will be
also file your answer with the

Clerk of the Court within a reasonable time after service.

**Clarence Maddox** CLERK                                      DATE

(BY) DEPUTY CLERK